In the Matter of MARIE RAMUNDO, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

Argued November 14, 1944; decided December 30, 1944.

*Max A. Gulack* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.